

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00114-CR

IN RE MATTHEW LEE FLOWERS, RELATOR

ORIGINAL PROCEEDING

April 8, 2025

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Relator, Matthew Lee Flowers, seeks a writ of mandamus from this Court directing the "District Clerk Chrissy Dunn" to "forward relators [sic] Article 11.07 to the Court of Criminal Appeals . . . ." We deny the petition.

We may only issue writs of mandamus against a judge of a district or county court and as necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. §§ 22.221(a), (b). We lack authority to issue one against a district clerk unless such is necessary to enforce our jurisdiction. *In re Kotara*, No. 07-22-00092-CR, 2022 Tex. App. LEXIS 2818, at *3 (Tex. App.—Amarillo April 27, 2022, orig. proceeding) (mem. op.). Nothing in relator's petition illustrates a need to issue a writ of mandamus against "District Clerk Chrissy Dunn" to enforce the jurisdiction of this Court over any particular matter pending

before this Court.  Indeed, it appears that he seeks our assistance in perfecting a matter within the potential jurisdiction of the Texas Court of Criminal Appeals.  Thus, we dismiss the petition for writ of mandamus for want of jurisdiction.

Per Curiam

Do not publish.